| TIME PERIOD | TIME KEEPER | # OF HOURS | VALUE AT CURRENT RATE |
|---|---|---|---|
| 2012 | Keith Dubanevich | 33.70 | $16,344.50 |
| 2012 | Nadine Gartner | 21.20 | $6,254.00 |
| 2012 | Jason Dotts | 6.30 | $1,417.50 |
| 2012 | Project Assistant | 3.90 | $585.00 |
| 2013 | Keith Dubanevich | 379.45 | $184,033.25 |
| 2013 | Joshua Ross | 250.35 | $93,881.25 |
| 2013 | Nadine Gartner | 270.20 | $79,709.00 |
| 2013 | Jason Dotts | 142.50 | $32,062.50 |
| 2013 | Jacob Gill | 18.15 | $6,806.25 |
| 2013 | Project Assistant | 13.00 | $1,950.00 |
| 1/1/14 – 8/8/14 | Keith Dubanevich | 155.05 | $75,199.25 |
| 1/1/14 – 8/8/14 | Joshua Ross | 66.35 | $24,881.25 |
| 1/1/14 – 8/8/14 | Nadine Gartner | 270.90 | $79,915.50 |
| 1/1/14 – 8/8/14 | Jason Dotts | 64.80 | $14,580.00 |
| 1/1/14 – 8/8/14 | Project Assistant | 5.50 | $825.00 |

**Total Value through 8/8/14:    $618,444.25**

| TIME PERIOD | TIME KEEPER | # OF HOURS | VALUE AT CURRENT RATE |
|---|---|---|---|
| 8/9/14 – 10/1/16 | All Timekeepers (minus 6 timekeepers written off) | 2,275.30 | $731,252.00 |

**Total Value 2012 – 10/1/16:    $1,349,696.25  (+/- 45% prior to 8/9/14)**

{SSBLS Main Documents/8381/001/00636111-1 }

EXHIBIT A
Page 1 of 2

**Out of Pocket Costs:**

| CATEGORY | AMOUNT |
| --- | --- |
| Messenger Services, Deliveries, Postage | $337.19 |
| Mileage, Travel, Meals | $348.58 |
| Court Fees/Filing Fees | $400.00 |
| Research Fees | $1,402.17 |
| Photocopies | $479.10 |
| Depositions, Hearing Transcripts, Witness Fees | $10,561.35 |
| Expert Fees | $64,366.06 |
| Mediation Fees | $3,800.00 |
| Outside Vendors (E-Discovery) | $5,200.14 |
| Outside Legal | $8,827.50 |

**Total Costs Advanced:  $95,722.09**