IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| A.F., *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>**PROVIDENCE HEALTH PLAN**,<br><br>        Defendant. | Case No. 3:13-cv-0776-SI<br><br>**JUDGMENT** |

For the reasons stated in the Unopposed Motion for Approval of Settlement Agreement and Supporting Memorandum (ECF 188), the Court gives final approval to the settlement of Plaintiffs' First Claim for Relief (the only class action claim asserted in this case) as fair, reasonable, and adequate to the parties and the Class, including the amount of $638,244.25 in attorney's fees and costs and $10,000 each in class representative service awards to Lead Class Plaintiff A.F. and Lead Class Plaintiff A.P.

    **THEREFORE, IT IS ADJUDGED** that:

    (A)    Plaintiffs' First Claim for Relief is dismissed:

        1.    as to Class Members, excluding the named Plaintiffs, with prejudice as to injunctive relief only and without prejudice as to all other forms of relief; and

        2.    as to the named Plaintiffs, with prejudice in its entirety as to all forms of relief;

PAGE 1 – JUDGMENT

      (B)      Plaintiffs' Second Claim for Relief is dismissed with prejudice in its entirety as to the named Plaintiffs; and

      (C)      Plaintiffs' Third Claim for Relief is dismissed with prejudice in its entirety as to the named Plaintiffs.

      DATED this 14th day of March, 2017.

      /s/ Michael H. Simon
Michael H. Simon
United States District Judge

PAGE 2 – JUDGMENT